UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



THE TRUSTEES OF THE UNITE HERE
NATIONAL RETIREMENT FUND,

        Plaintiffs,

-against-

NEW AGE INTIMATES, INC.,

        Defendant.

NO. _____

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for <u>The Trustees of the UNITE HERE National Retirement Fund</u> certifies that other than the Alico Services Corporation., a holding company system, it has no corporate parents, subsidiaries or affiliates.

July 16, 2007
Date

Mark Schwartz, Esq. (MS-0148)