**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE TRUSTESS OF THE UNITE HERE
NATIONAL RETIREMENT FUND,

        Plaintiff(s),                                  Case No. 07 CV 6530

  -against-                                        AFFIDAVIT OF SERVICE

NEW AGE INTIMATES, INC.,

        Defendant(s).
-----------------------------------------------------------------X
STATE OF NEW YORK  )
                       S.S.
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 25th day of July, 2007, at approximately 8:30 PM, deponent served a true copy of the SUMMONS AND COMPLAINT upon NEW AGE INTIMATES, INC. C/O RICHARD DELMAN at 229 Weaver Street, Apartment 7A, Greenwich, Connecticut 06831, by personally delivering and leaving the same with RICHARD DELMAN at that address.

        RICHARD DELMAN is a white male, approximately 50 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 180 pounds with balding graying black hair, brown eyes and glasses.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
26th day of July, 2007

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW OF NY
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 20, 20__

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com