UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRUSTEES OF THE UNITE HERE NATIONAL RETIREMENT FUND,<br>                              Plaintiffs,<br>-against-<br>NEW AGE INTIMATES, INC.,<br>                              Defendant. | **AFFIDAVIT OF SERVICE**<br>07 Civ. 6530 (PAC) |

STATE OF NEW YORK     )
                      ) ss.
COUNTY OF NEW YORK    )

**Lorna Williams**, being duly sworn, deposes and says:

  1.    I am over 18 years of age, am not a party to this action and employed at the Amalgamated Life Insurance Co, at 730 Broadway, 10th Fl., New York, New York 10003.

  2.    On December 11, 2007 I served the Defendant herein with a copy of the Default Judgment by delivering a true copy of said judgment in an envelope addressed to the principal of the Defendant, New Age Intimates Inc., at 21-07 41st Avenue, Long Island City, New York 11101, Attention; Richard Delman into the custody of the United States Postal Service at a Post Office within the State of New York via regular mail.

                                                                    _____
                                                                           **Lorna Williams**

Sworn to, before me, this
10th day of December 2007.

_____

ARMAND SPILOTROS
NOTARY PUBLIC, State of New York
No. 01SP4839358
Qualified in Queens County
Commission Expires July 31, 2009