UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Plaintiffs,

-against-

NEW AGE INTIMATES, INC.,
Defendant.

USDS SDNY
DOCUMENT (ROTTY'S)
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 21 2007

DEFAULT JUDGMENT
07 CV 6530 (PAC)

#

Plaintiffs having commenced the within action on July 20, 2007 by the filing of a Complaint, and Defendant having been served on July 25, 2007 with the Summons and Complaint by personal delivery of a copy thereof upon Richard Delman, the president of Defendant, and the Affidavit of Service of such service having been filed with the Court on August 7, 2007, and a copy of this application having been mailed via first class mail to Defendant on December 11, 2007, and said Defendant having failed to appear, answer or otherwise move with respect to the Complaint,

**NOW, THEREFORE**, upon application of the Plaintiffs and upon reading the annexed Affidavit of Mark Schwartz, Esq., duly sworn on December 11, 2007 and the Certificate of Clerk of Court, United States District Court for the Southern District of New York, noting the default of the above named Defendant for failure to answer or otherwise move with respect to the Complaint, and for other good cause being shown, it is hereby,

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs have Judgment against the Defendant New Age Intimates, Inc. in the principal amount of $152,836.11 with interest computed in accordance with 29 U.S.C. §1132(g)(2) and the Plaintiffs' Plan Rules with respect to employer withdrawal liability from February 1, 2007 through December 7, 2007 in the amount of $16,811.97, and liquidated damages of 20% of the principal in the amount of $30,567.22, and costs in the amount of $350.00, for a total Judgment of $200,565.30.

Dated: December 21, 2007
New York, New York

_____
Paul A. Crotty
United States District Court Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____